# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case Nos. 6D2023-1469 and 6D2024-0046
CONSOLIDATED
Lower Tribunal No. 2013-CA-004568-O

_____

NED C. BOWERS,

Appellant,

v.

ORANGE COUNTY, FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Lisa T. Munyon, Kevin B. Weiss, and Margaret H. Schreiber, Judges.

September 30, 2025

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and MIZE, JJ., concur.


Michael M. Brownlee, of The Brownlee Law Firm, P.A., Orlando, for Appellant.

Jeffrey J. Newton, County Attorney, and Lee Bernbaum, Assistant County Attorney, of the Orange County Attorney's Office, Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED